■ In the Matter of Kathleen Reichard-Williams, Individually and as Administratrix of the Estate of John Williams, Jr., Deceased, et al., Appellants, v Miller Electric Manufacturing Co. et al., Respondents, et al., Defendant. Weldcraft, Inc., Third-Party Plaintiff, v Fulton Thermal Corporation, Third-Party Defendant-Respondent. Miller Electric Manufacturing Co., Third-Party Plaintiff, v Fulton Thermal Corporation, Third-Party Defendant-Respondent. (Appeal No. 1.) [695 NYS2d 813] —Order unanimously affirmed without costs. Memorandum: Plaintiffs appeal from an order that granted, *inter alia,* the motion of defendant Weldcraft, Inc. and the cross motion of defendant Miller Electric Manufacturing Co. to dismiss the complaint pursuant to CPLR 3126 unless plaintiffs furnished supplemental responses to a demand for a bill of particulars within 30 days of the date of the order. Plaintiffs contend for the first time on appeal that Supreme Court erred in granting a conditional order of dismissal because no willful or contumacious conduct had been shown and thus have not preserved that contention for our review (*see, Fischer v Zepa Consulting,* 263 AD2d 946; *Gorman v Ravesi,* 256 AD2d 1134). The contention of plaintiffs that they could not provide a bill of particulars without first deposing defendants has no merit. CPLR 3106 does not provide for a particular order in which to conduct depositions. (Appeal from Order of Supreme

Court, Oswego County, Hurlbutt, J.—Discovery.) Present—Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Balio, JJ.